# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146333(60)(62)

_____

FRADCO, INC.,
        Petitioner-Appellee,

v

DEPARTMENT OF TREASURY,
        Respondent-Appellant.

_____

SC: 146333
COA: 306617
Tax Tribunal: 00-409506

On order of the Chief Justice, the separate motions by the Michigan Association of Certified Public Accountants and the Alvin L. Storrs Low-Income Taxpayer Clinic at Michigan State University College of Law for leave to file amicus curiae briefs are GRANTED. The amicus curiae briefs received on July 17, 2013, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2013



Clerk